Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Milandro Palomo Portillo

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MILANDRO PALOMO PORTILLO,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Deputy Commissioner for Operations, erforming the duties and functions not reserved to the Commissioner of Social,<br><br>Defendant. | Case No.: 5:17-cv-01957-GW-KK<br><br>/~~PROPOSED~~/ ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.
DATE:    5/8/18

_____
THE HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: May 7, 2018            Respectfully submitted,

                             LAW OFFICES OF LAWRENCE D. ROHLFING

                                     /s/ *Monica Perales*
                             BY:_____
                             Monica Perales
                             Attorney for plaintiff Milandro Palomo Portillo

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 5:17-CV-01957-GW-KK

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 7, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*

_____
Monica Perales
Attorneys for Plaintiff
_____